IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PHILLIP RYAN BELL                                                                                   PLAINTIFF

V.                                        NO: 4:16CV00729 DPM/PSH

TONY PELTON *et al*                                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Phillip Ryan Bell, who is currently held at the Saline County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 7, 2016.[1] Bell did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis*. Accordingly, on October 11, 2016, the Court entered an order directing Bell to either pay the filing and administrative fees or file an application for leave to proceed *in forma pauperis* within 30 days.

---

[1] Bell is one of five plaintiffs named in the complaint. Pursuant to direction from the Court, the Clerk opened five individual cases, each with a single plaintiff.

Doc. No. 2. That same order warned Bell that his failure to comply would result in the recommended dismissal of his complaint. The order was sent to Bell at his address of record, as well as a different address which was reflected on the complaint form.

More than 30 days have passed, and Bell has not paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Bell's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Phillip Ryan Bell's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE