# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PHILLIP RYAN BELL**                                                                  **PLAINTIFF**

v.                             No. 4:16-cv-729-DPM

TONY PELTON, Kitchen Staff Management,
Saline County Detention Center; FREDDY
WISE, Kitchen Staff Management, Saline
County Detention Center; PARKER, Sergeant,
Saline County Detention Center; and MASSIET,
Lieutenant, Saline County Detention Center                         **DEFENDANTS**

## ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Bell hasn't complied with the Court's October 7th order, № 2, and the time to do so has passed. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016