IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHILLIP RYAN BELL                                                                PLAINTIFF

v.                         No. 4:16-cv-729-DPM

TONY PELTON, Kitchen Staff Management,
Saline County Detention Center; FREDDY
WISE, Kitchen Staff Management, Saline
County Detention Center; PARKER, Sergeant,
Saline County Detention Center; and MASSIET,
Lieutenant, Saline County Detention Center                          DEFENDANTS

JUDGMENT

Bell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_6 December 2016_